Edwin Aiwazian (Cal. State Bar No. 232943)
edwin@calljustice.com
Arby Aiwazian (Cal. State Bar No. 269827)
arby@calljustice.com
Elizabeth Parker-Fawley (Cal. State Bar No. 301592)
elizabeth@calljustice.com
LAWYERS *for* JUSTICE, PC
410 Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff
ERIC DRAKE

Scott P. Jang (State Bar No. 260191)
Trey Sims (State Bar No. 327959)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone:  (415) 394-9400
Facsimile:   (415) 394-9401
E-mail:  Scott.Jang@jacksonlewis.com
E-mail:  Trey.Sims@jacksonlewis.com

Attorneys for Defendants
SYSCO SAN FRANCISCO, INC. and
SYSCO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DRAKE, individually, and on behalf of other members of general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SYSCO SAN FRANCISCO, INC., a California corporation; SYSCO CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:21-cv-06280-SK<br><br>**JOINT STIPULATION RE: VOLUNTARY DISMISSAL OF DEFENDANT SYSCO CORPORATION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  06/23/2021<br>Removal Filed:    08/13/2021<br><br>Trial Date:           Not Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ERIC DRAKE and Defendants SYSCO SAN FRANCISCO, INC. and SYSCO CORPORATION, by and through undersigned counsel, hereby stipulate that Defendant SYSCO CORPORATION is voluntarily dismissed without prejudice from this action.

**IT IS SO STIPULATED.**

Dated: October 12, 2021     LAWYERS FOR JUSTICE, P.C.

By:  /s/ Elizabeth Parker-Fawley[1]
Elizabeth Parker-Fawley
Attorneys for Plaintiff Eric Drake

Dated: October 12, 2021     JACKSON LEWIS P.C.

By:  /s/Scott P. Jang
Scott P. Jang
Trey Sims
Attorneys for Defendants
Sysco San Francisco, Inc.
Sysco Corporation

4818-6352-7421, v. 1

---

[1] Pursuant to Local Rule 5-1(i)(3), Defendant's counsel attests that Plaintiff concurred in the present filing.